UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| THE FORESIDE COMPANY, LLC, | ) ) ) | |
| Debtor | ) ) ) | Chapter 11<br>Case No. 06-20118 |

**UNITED STATES TRUSTEE'S MOTION TO CONVERT
DEBTOR'S CHAPTER 11 CASE TO CHAPTER 7**

The United States Trustee moves the Court to convert the chapter 11 case of The Foreside Company, LLC ("Debtor") to chapter 7, because it lacks the ability to reorganize its affairs. In support, the United States Trustee states:

**JURISDICTION**

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is proper in this court under 28 U.S.C. § 1408 and 1409. The statutory predicates for relief are 28 U.S.C. §§ 586(a)(3) and 1930(a)(6), 11 U.S.C. §§ 109(h), 307, 521 and 1112(b) and Fed. R. Bankr. P. 1017.

**FACTS**

2. The Debtor filed its voluntary chapter 11 petition on April 3, 2006 ("Petition Date"). To date, the Debtor has not filed a disclosure statement and plan of reorganization.

1

3. The Debtor's Schedules disclose that it has aggregate noncontingent, liquidated, secured and unsecured debts as of the date of the petition of more than $2,000,000.[1] The Debtor is not a "small business debtor" within the meaning of 11 U.S.C. §101(51D).

4. The Debtor is in the business of developing, importing and selling home furnishings and gifts on a wholesale basis and through seven retail locations located in Maine, New Hampshire, Rhode Island, and New York.

5. The Debtor has yet to file a plan and disclosure statement. The debtor's exclusive period to file a plan expired on August 1, 2006.

6. Since the beginning of this case, the debtor's financial condition has deteriorated. From April through August 31, 2006, the debtor has incurred a net loss of $1,338,953. See Attached Exhibit A.

7. From March 31, 2006 through August 31, 2006, the debtor's working capital—the difference between current assets and current liabilities--has declined an additional $431,430 and is current liabilities now exceed current assets by $1,737,854. See Attached Exhibit B.

8. The debtor includes "Samples and Product Development" and "Deferred Product Development" in its current assets with values of $1,285,772 and $439,873 respectively, as of August 31, 2006. The source for these values and the nature of these assets is, at best, uncertain. However, the debtor's situation is even bleaker if these values are inflated, as the debtor appears to be administratively insolvent. See Attached Exhibit B.

9. Finally, the debtor has consistently failed to meet its projections. Projected Net Revenue and Project Net Income were significantly less than the projected net revenues made by the Debtor in its Motion for Cash Collateral, filed on April 4, 2006.

---

[1] The Debtor's Summary of Schedules lists a total of $7,823,195.16 in liabilities.

2

10. Despite the Debtor's deteriorating financial situation, the Debtor's principals continue to draw monthly incomes of between $16,923 and $32,308, along with substantial monthly reimbursements for expenses. On an annual basis, the U.S. Trustee projects that the debtor's two principals will draw a combined salary of $288,000, with their efforts contributing little if any benefit to the estate or the creditors.

**ARGUMENT**

11. The Debtor's mounting losses demonstrate that its estate will continue to diminish absent and that it apparently lacks the ability to reorganize. Accordingly, the Court should convert the Debtor's chapter 11 case to chapter 7 under 11 U.S.C. § 1112(b)(4)(A).

12. The Debtor's sole strategy for exit from chapter 11 appears to be the sale of the business. (See Docket Entry 110, Debtor's Application under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014, and D. ME. LBR 2014-3 For Authority to Employ Tully & Holland Incorporated as Investment Banker For Debtor).

13. The interests of creditors and the estate would best be served by the conversion of the Debtor's chapter 11 case to chapter 7 per 11 U.S.C. § 1112(b). *See United Savings Association of Texas v. Timbers of Inwood Forest Associates, Ltd. (In re Timbers of Inwood Forest Associates, Ltd.)*, 808 F.2d 363, 371 (5th Cir. 1987), *aff'd* 484 U.S. 365 (1988).

WHEREFORE, the United States Trustee prays that the Court enter orders converting the Debtor's chapter 11 case to chapter 7 and granting her all such other and further legal and equitable relief to which she may be entitled.

*[Signature on Next Page]*

Respectfully submitted,


PHOEBE MORSE
United States Trustee

By: /s/ *Joseph A. Guzinski*
Joseph A. Guzinski
Trial Attorney
U.S. Department of Justice
537 Congress Street, Room 303
Portland, Me 04101
PHONE: 207-780-3564
FAX: 207-780-3568
Joseph.A.Guzinski@usdoj.gov

Dated: October 5, 2006

**The Foreside Company**
**06-20118-JBH**

**A.**      Net Cash Flow-Based Upon Beginning and Ending DIP Account Balances

|  | A<br>Beginning Cash Balance | B<br>Ending Cash Balance | B-A<br>Net Cash Flow | Rcpts/Adv | Disb. |
|---|---:|---:|---:|---:|---:|
| Apr-06 | 54,824 | 106,077 | 51,253 | 559,203 | 507,950 |
| May-06 | 106,077 | 96,839 | (9,238) | 380,745 | 389,983 |
| Jun-06 | 96,839 | 11,188 | (85,651) | 464,313 | 549,963 |
| Jul-06 | 11,188 | 19,845 | 8,657 | 507,170 | 498,513 |
| Aug-06 | 19,845 | 12,640 | (7,205) | 665,505 | 672,709 |
| TOTAL |  |  | (42,184) | 2,576,936 | 2,619,118 |
| AVERAGE |  |  | (8,437) | 515,387 | 523,824 |

**B.**      Net Income / (Loss) Based Per Monthly Operating Reports

|  | Net Income/(Loss) |
|---|---:|
| Apr-06 | (239,956) |
| May-06 | (197,091) |
| Jun-06 | (388,301) |
| Jul-06 | (356,643) |
| Aug-06 | (156,962) |
| TOTAL | (1,338,953) |

**EXHIBIT A**

**The Foreside Company**
**06-20118-JBH**

**C.        Balance Sheet Analysis**

| Current Assets | | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 |
|---|---|---|---|---|---|---|---|
| Inventory | | 3,069,979 | 3,007,700 | 3,097,899 | 2,829,587 | 2,636,803 | 2,495,053 |
| Samples & Product Dev | | 1,208,309 | 1,236,141 | 1,252,281 | 1,264,281 | 1,274,656 | 1,285,772 |
| Deferred Product Dev | | 401,879 | 470,529 | 476,080 | 498,845 | 454,979 | 439,873 |
| Accounts Receivable | | 638,101 | 480,039 | 340,126 | 310,244 | 364,663 | 553,348 |
| Prepaids | | 295,107 | 322,460 | 403,509 | 410,510 | 558,836 | 284,257 |
| **TOTAL CURRENT ASSETS** | A | 5,613,375 | 5,516,869 | 5,569,895 | 5,313,467 | 5,289,937 | 5,058,303 |
| **Current Liabilities** | | | | | | | |
| Chittenden Line of Credit | | 4,123,488 | 4,123,488 | 4,123,488 | 4,123,488 | 4,123,488 | 4,123,488 |
| DIP Loan | | 0 | 0 | 130,239 | 243,206 | 517,499 | 600,419 |
| Accounts Payable | | 1,561,194 | 1,667,504 | 1,881,087 | 1,861,654 | 1,822,524 | 1,659,308 |
| Accruals | | 360,123 | 390,080 | 290,691 | 321,845 | 412,611 | 412,942 |
| **TOTAL CURRENT LIABILITIES** | B | 6,044,805 | 6,181,072 | 6,425,505 | 6,550,193 | 6,876,122 | 6,796,157 |
| **WORKING CAPITAL (A-B)** | | (431,430) | (664,203) | (855,610) | (1,236,726) | (1,586,185) | (1,737,854) |
| **WORKING CAPITAL RATIO** | | 0.93 | 0.89 | 0.87 | 0.81 | 0.77 | 0.74 |
| **WORKING CAPITAL LESS: SAMPLES & PRODUCT DEV AND DEFERRED PRODUCT DEV** | | (2,041,618) | (2,370,873) | (2,583,971) | (2,999,852) | (3,315,820) | (3,463,499) |
| **REVISED WORKING CAPITAL** | | 0.66 | 0.62 | 0.60 | 0.54 | 0.52 | 0.49 |

# EXHIBIT B