# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

In re: THE FORESIDE COMPANY, LLC      §   Case No. 06-20118

            §

            §

     Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under Chapter 11 of the United States Bankruptcy Code on April 03, 2006.   The case was converted to one under Chapter 7 on October 25, 2006.  The undersigned trustee was appointed on October 25, 2006.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $_____14,516.92

         Funds were disbursed in the following amounts:

         Administrative expenses          2,539.60

         Payments to creditors          0.00

         Non-estate funds paid to 3rd Parties          0.00

         Payments to the debtor          0.00

         Leaving a balance on hand of [1]    $_____11,977.32

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6.  The deadline for filing claims in this case was 03/01/2007.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,201.69.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $956.13, for a total compensation of $956.13.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2009            By:/s/JOHN TURNER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 06-20118

**Case Name:** THE FORESIDE COMPANY, LLC

**Period Ending:** 10/26/09

**Trustee:** (390090) JOHN TURNER

**Filed (f) or Converted (c):** 10/25/06 (c)

**§341(a) Meeting Date:** 11/27/06

**Claims Bar Date:** 03/01/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Numerous leases | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 4,150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account | 54,824.01 | 0.00 | DA | 0.00 | FA |
| 4 | Security deposits | 23,140.00 | 0.00 | DA | 0.00 | FA |
| 5 | Accounts receivable | 636,101.00 | 0.00 | DA | 0.00 | FA |
| 6 | Office equipment | 258,250.20 | 0.00 | DA | 0.00 | FA |
| 7 | Machinery, fixtures, etc | 342,656.72 | 0.00 | DA | 0.00 | FA |
| 8 | Inventory | 4,339,287.64 | 0.00 | DA | 0.00 | FA |
| 9 | Leasehold improvements | 13,522.55 | 0.00 | DA | 0.00 | FA |
| 10 | Preference settlements  (u) | 0.00 | 14,500.00 | | 14,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 16.92 | Unknown |
| **11** | **Assets**      **Totals** (Excluding unknown values) | **$5,671,932.12** | **$14,500.00** | | **$14,516.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 30, 2007

**Current Projected Date Of Final Report (TFR):**     September 24, 2009  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-20118 | |
| **Case Name:** | THE FORESIDE COMPANY, LLC | |
| **Taxpayer ID #:** | 01-0542294 | |
| **Period Ending:** | 10/26/09 | |

| | |
|---|---|
| **Trustee:** | JOHN TURNER (390090) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****21-65 - Money Market Account |
| **Blanket Bond:** | $24,342,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/08 | {10} | Albatran | Payment of preference settlement | 1241-000 | 7,500.00 | | 7,500.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.59 | | 7,500.59 |
| 05/14/08 | {10} | Storopack | Preference settlement | 1241-000 | 7,000.00 | | 14,500.59 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 14,501.95 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.84 | | 14,503.79 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.84 | | 14,505.63 |
| 08/06/08 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/06/2008 FOR CASE #06-20118, Bond #016027599, Term: 8/1/08 - 8/1/09 | 2300-000 | | 31.83 | 14,473.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.72 | | 14,475.52 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.89 | | 14,477.41 |
| 10/15/08 | 1002 | Donna J. Browne, CPA | Payment of Interim Compensation per Court Order | 3410-000 | | 2,500.00 | 11,977.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.50 | | 11,978.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.94 | | 11,979.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 11,980.69 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,981.17 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,981.62 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 11,982.14 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,982.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,983.09 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 11,983.61 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,984.11 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,984.61 |
| 09/24/09 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/24/2009 FOR CASE #06-20118, Bond #016027599 | 2300-000 | | 7.77 | 11,976.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,977.32 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 14,516.92 | 2,539.60 | **$11,977.32** |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | **14,516.92** | **2,539.60** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$14,516.92** | **$2,539.60** | |

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-20118 | |
| **Case Name:** | THE FORESIDE COMPANY, LLC | |
| **Taxpayer ID #:** | 01-0542294 | |
| **Period Ending:** | 10/26/09 | |

| | |
|---|---|
| **Trustee:** | JOHN TURNER (390090) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****21-65 - Money Market Account |
| **Blanket Bond:** | $24,342,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **MMA # ***-*****21-65** | | 14,516.92 | 2,539.60 | 11,977.32 |
| | | $14,516.92 | $2,539.60 | $11,977.32 |

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 21S | 04/25/06 | 100 | Volk Packaging Corp. c/o James Molleur PO Box 619 Saco, ME 04072-0619 <4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 31,770.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40 | 05/22/06 | 100 | Chittenden Bank c/o Jacob A. Manheimer Pierce Atwood,One Monument Square Portland, ME 04101 <4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 7,582,227.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 41 -2 | 05/22/06 | 100 | Dallas County Attn: Elizabeth Weller,Linebarger Goggan Blair & Sampson, LLP,2323 Bryan S Dallas, TX 75201 <4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 144.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| 49 | 06/02/06 | 100 | Coastal Enterprises, Inc. Marshall J. Tinkle,Tompkins, Clough, Hirshon & Langer,PO Box 15060 Portland, ME 04112-5060 <4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 363,876.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53 | 06/06/06 | 100 | Bangor Payroll William B. Swales, SVP P.O. Box 930 Bangor, ME 04402-0930 <4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 8,528.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63 | 07/26/06 | 100 | CPG Partners, LP c/o Warren J. Martin, Esq.,Porzio Bromberg & Newman, PC,100 Southgate Park Morristown, NJ 07962 <4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 65,241.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72 | 08/01/06 | 100 | BCLF Ventures II, LLC c/o Richard Hiersteiner,Edwards, Angell, Palmer & Dodge LLP,111 Huntingto Boston, MA 02199 <4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 222,695.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100: 0% Paid** | **$8,274,485.59** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$8,274,485.59** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

# Claims Distribution Register

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / \<Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 10/15/08 | 195 | Donna J. Browne, CPA<br>P.O. Box 9739<br>Portland, ME 04104<br>\<3410-00   Accountant for Trustee Fees (Other Firm)> | 3,900.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| | 04/03/08 | 195 | Clerk, U.S. Bankruptcy Court<br>537 Congress Street<br>Portland, ME 04112-8575<br>\<2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | 11/20/07 | 195 | Office of the United States Trustee<br>537 Congress Street, Suite 303<br>Portland, ME 04101<br>\<2950-00   U.S. Trustee Quarterly Fees> | 5,250.00 | 2,447.44 | 0.00 | 2,447.44 | 2,447.44 |
| | | | **Total for Priority 195:   100% Paid** | **$9,400.00** | **$5,197.44** | **$2,500.00** | **$2,697.44** | **$2,697.44** |
| | 11/29/06 | 200 | Verrill & Dana<br>One Portland Square<br>Portland,, ME 04112-0586<br>\<3220-00   Attorney for Trustee Expenses (Other Firm)> | 115.76 | 115.76 | 0.00 | 115.76 | 50.27 |
| | 10/25/06 | 200 | JOHN TURNER<br>P.O. BOX 1897<br>AUBURN, ME 04211-1897<br>\<2100-00   Trustee Compensation> | 2,201.69 | 2,201.69 | 0.00 | 2,201.69 | 956.13 |
| | 11/29/06 | 200 | Verrill & Dana<br>One Portland Square<br>Portland,, ME 04112-0586<br>\<3210-00   Attorney for Trustee Fees (Other Firm)> | 19,051.50 | 19,051.50 | 0.00 | 19,051.50 | 8,273.48 |
| | | | **Total for Priority 200:   43.42693% Paid** | **$21,368.95** | **$21,368.95** | **$0.00** | **$21,368.95** | **$9,279.88** |
| | | | **Total for Admin Ch.  7 Claims:** | **$30,768.95** | **$26,566.39** | **$2,500.00** | **$24,066.39** | **$11,977.32** |
| **Admin Ch. 11 Claims:** | | | | | | | | |
| | 11/29/06 | 300 | Verrill & Dana<br>One Portland Square<br>Portland,, ME 04112-0586<br>\<6700-14   Attorney for Creditor's Committee Fees (Chapter 11)> | 10,799.56 | 10,799.56 | 0.00 | 10,799.56 | 0.00 |
| | | | **Priority 300:   0% Paid** | | | | | |
| **Priority Claims:** | | | | | | | | |
| 20 | 04/24/06 | 505 | Sarah Minor Design<br>458 Marcy Street<br>Portsmouth, NH 03801-5262<br>\<5200-00   Unsecured Claims Allowed> | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 | 0.00 |

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|------|------|------|------|------|------|
| 24 | 04/28/06 | 505 | Cintas Corporation #758<br>15 Eisenhower Drive<br>Westbrook, ME 04092-2002<br><5200-00 Unsecured Claims Allowed> | 681.57 | 681.57 | 0.00 | 681.57 | 0.00 |
| 26P | 05/01/06 | 505 | CBK Styles LTD<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, MD 21094<br><5200-00 Unsecured Claims Allowed> | 4,101.60 | 4,101.60 | 0.00 | 4,101.60 | 0.00 |
| 47 | 05/30/06 | 505 | Hartford Life & Accident Insurance<br>Company<br>c/o Hartford Fire Insurance Company<br>Hartford Plaza Tower-A T-1-55<br>Hartford, CT 06115<br><5200-00 Unsecured Claims Allowed> | 52.28 | 52.28 | 0.00 | 52.28 | 0.00 |
| 53 | 06/06/06 | 505 | Bangor Payroll<br>William B. Swales, SVP<br>P.O. Box 930<br>Bangor, ME 04402-0930<br><5200-00 Unsecured Claims Allowed> | 27,753.95 | 27,753.95 | 0.00 | 27,753.95 | 0.00 |
| 68 | 07/28/06 | 505 | Unum Life Insurance Company of<br>America<br>Attn:Heather Sullivan, Senior Paralegal<br>2211 Congress Street, C-468<br>Portland, ME 04122<br><5200-00 Unsecured Claims Allowed> | 682.40 | 682.40 | 0.00 | 682.40 | 0.00 |
| 83P | 10/02/06 | 505 | CBK Styles LTD<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, MD 21094<br><5200-00 Unsecured Claims Allowed> | 4,076.60 | 4,076.60 | 0.00 | 4,076.60 | 0.00 |
| 110 | 02/08/07 | 505 | CT Corporation<br>c/o Alan D. Budman, Esq.<br>1150 Old York Road<br>Abington, PA 19025<br><5200-00 Unsecured Claims Allowed> | 720.00 | 720.00 | 0.00 | 720.00 | 0.00 |
| | | | **Total for Priority 505:  0% Paid** | **$48,068.40** | **$48,068.40** | **$0.00** | **$48,068.40** | **$0.00** |
| 6 | 04/17/06 | 510 | Carol Lorenzen<br>227 Brookview Place<br>Woodstock, GA 30188-5389<br><5300-00 Wages> | 1,108.21 | 1,108.21 | 0.00 | 1,108.21 | 0.00 |
| 87 | 12/08/06 | 510 | Mark L. Garland<br>3 Bluffs Blvd.<br>C. Ossipee, NH 03814<br><5300-00 Wages> | 85.00 | 85.00 | 0.00 | 85.00 | 0.00 |

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 89 | 12/08/06 | 510 | Stacey L. Perry<br>3 Bluffs Blvd.<br>C. Ossipee, NH 03814<br><5300-00 Wages> | 415.26 | 415.26 | 0.00 | 415.26 | 0.00 |
| 90 | 12/08/06 | 510 | Marchian C. Crane, III<br>PO Box 135<br>Tamworth, NH 03886<br><5300-00 Wages> | 311.58 | 311.58 | 0.00 | 311.58 | 0.00 |
| | | | **Total for Priority 510: 0% Paid** | **$1,920.05** | **$1,920.05** | **$0.00** | **$1,920.05** | **$0.00** |
| 11P | 04/17/06 | 570 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><5800-00 Claims of Governmental Units> | 5.66 | 5.66 | 0.00 | 5.66 | 0.00 |
| 43 | 05/22/06 | 570 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><5800-00 Claims of Governmental Units> | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 45P | 05/25/06 | 570 | Commonwealth of Massachusetts<br>Department of Revenue<br>PO Box 9564<br>Boston, MA 02114-9564<br><5800-00 Claims of Governmental Units> | 10,212.97 | 10,212.97 | 0.00 | 10,212.97 | 0.00 |
| 54P | 06/19/06 | 570 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><5800-00 Claims of Governmental Units> | 1,112.90 | 1,112.90 | 0.00 | 1,112.90 | 0.00 |
| 81 | 09/12/06 | 570 | Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><5800-00 Claims of Governmental Units> | 4,421.14 | 4,421.14 | 0.00 | 4,421.14 | 0.00 |
| 82 | 09/14/06 | 570 | Town of Gorham<br>270 Main St.<br>Gorham, ME 04038-1382<br><5800-00 Claims of Governmental Units> | 98,193.10 | 98,193.10 | 0.00 | 98,193.10 | 0.00 |
| 94 | 12/14/06 | 570 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><5800-00 Claims of Governmental Units> | 90.69 | 90.69 | 0.00 | 90.69 | 0.00 |
| 95P-3 | 12/14/06 | 570 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><5800-00 Claims of Governmental Units> | 2,473.29 | 2,473.29 | 0.00 | 2,473.29 | 0.00 |

# Claims Distribution Register

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|-------------:|---------------:|-------------:|--------------:|-----------------:|
| 96 | 12/14/06 | 570 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><5800-00  Claims of Governmental Units> | 500.00 | 500.00 | 0.00 | 500.00 | 0.00 |
| | | | **Total for Priority 570:   0% Paid** | **$118,009.75** | **$118,009.75** | **$0.00** | **$118,009.75** | **$0.00** |
| | | | **Total for Priority Claims:** | **$167,998.20** | **$167,998.20** | **$0.00** | **$167,998.20** | **$0.00** |

## Unsecured Claims:

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|-------------:|---------------:|-------------:|--------------:|-----------------:|
| 1 | 04/11/06 | 610 | Berry Dunn McNeil & Parker<br>100 Middle St.<br>PO Box 1100<br>Portland, ME 04104-1100<br><7100-00  General Unsecured § 726(a)(2)> | 53,197.20 | 53,197.20 | 0.00 | 53,197.20 | 0.00 |
| 2 | 04/12/06 | 610 | J.S. McCarthy Printers<br>15 Darin Drive<br>Augusta, ME 04330-7815<br><7100-00  General Unsecured § 726(a)(2)> | 29,787.04 | 29,787.04 | 0.00 | 29,787.04 | 0.00 |
| 3 | 04/12/06 | 610 | Maine Networks<br>1283 Congress Street<br>Portland, ME 04102-2110<br><7100-00  General Unsecured § 726(a)(2)> | 2,965.00 | 2,965.00 | 0.00 | 2,965.00 | 0.00 |
| 4 | 04/14/06 | 610 | Retail Service Company<br>2108 W Broadway Unit<br>South Portland, ME 04<br><7100-00  General Unsecured § 726(a)(2)> | 510.22 | 510.22 | 0.00 | 510.22 | 0.00 |
| 5 | 04/14/06 | 610 | Allen & Coles Moving Systems<br>95 Pine Tree Industrial Pkwy.<br>Portland, ME 04102-1434<br><7100-00  General Unsecured § 726(a)(2)> | 1,280.00 | 1,280.00 | 0.00 | 1,280.00 | 0.00 |
| 7 | 04/17/06 | 610 | Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085<br><7100-00  General Unsecured § 726(a)(2)> | 362.28 | 362.28 | 0.00 | 362.28 | 0.00 |
| 8 | 04/17/06 | 610 | Downeast Energy & Building Supply<br>18 Spring Street<br>PO Box 250<br>Brunswick, ME 04011-0250<br><7100-00  General Unsecured § 726(a)(2)> | 149.63 | 149.63 | 0.00 | 149.63 | 0.00 |
| 9 | 04/17/06 | 610 | Land Air Express of New England<br>9 Avenue C<br>PO Box 503<br>Williston, VT 05495-0503<br><7100-00  General Unsecured § 726(a)(2)> | 3,549.67 | 3,549.67 | 0.00 | 3,549.67 | 0.00 |

# Claims Distribution Register

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 10 | 04/17/06 | 610 | Accu Temp Services<br>PO Box 3324<br>North Conway, NH 03860-3324<br><7100-00   General Unsecured § 726(a)(2)> | 898.55 | 898.55 | 0.00 | 898.55 | 0.00 |
| 11U | 04/17/06 | 610 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><7100-00   General Unsecured § 726(a)(2)> | 56.60 | 56.60 | 0.00 | 56.60 | 0.00 |
| 12 | 04/19/06 | 610 | Eastern Propane & Oil<br>28 Industrial Way<br>Rochester, NH 03867<br><7100-00   General Unsecured § 726(a)(2)> | 1,553.44 | 1,553.44 | 0.00 | 1,553.44 | 0.00 |
| 13 | 04/19/06 | 610 | Global Amici<br>c/o Susan J. Szwed, Esq.<br>PO Box 9715 - PMB 815<br>Portland, ME 04101<br><7100-00   General Unsecured § 726(a)(2)> | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 14 | 04/20/06 | 610 | New England Motor Freight, Inc.<br>1-71 North Avenue East<br>Elizabeth, NJ 07207<br><7100-00   General Unsecured § 726(a)(2)> | 6,790.59 | 6,790.59 | 0.00 | 6,790.59 | 0.00 |
| 15 | 04/20/06 | 610 | Storopack<br>Dept. C Location 0020<br>Cincinnati, OH 45264-0001<br><7100-00   General Unsecured § 726(a)(2)> | 16,448.00 | 16,448.00 | 0.00 | 16,448.00 | 0.00 |
| 16 | 04/20/06 | 610 | Thayer Corporation<br>1400 Hotel Road<br>Auburn, ME 04210<br><7100-00   General Unsecured § 726(a)(2)> | 809.79 | 809.79 | 0.00 | 809.79 | 0.00 |
| 17 | 04/24/06 | 610 | Big Brown Books<br>801 Islington Street<br>Portsmouth, NH 03801-4255<br><7100-00   General Unsecured § 726(a)(2)> | 1,005.00 | 1,005.00 | 0.00 | 1,005.00 | 0.00 |
| 18 | 04/24/06 | 610 | New Hampshire Electric Co-Op<br>579 Tenney Mtn. Highway<br>Plymouth, NH 03264<br><7100-00   General Unsecured § 726(a)(2)> | 349.29 | 349.29 | 0.00 | 349.29 | 0.00 |
| 19 | 04/24/06 | 610 | Conversant Communications LLC<br>PO Box 9614<br>Manchester, NH 03108-9614<br><7100-00   General Unsecured § 726(a)(2)> | 7,722.39 | 7,722.39 | 0.00 | 7,722.39 | 0.00 |
| 21U | 04/25/06 | 610 | Volk Packaging Corp.<br>c/o James Molleur<br>PO Box 619<br>Saco, ME 04072-0619<br><7100-00   General Unsecured § 726(a)(2)> | 435.00 | 435.00 | 0.00 | 435.00 | 0.00 |

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 22 | 04/26/06 | 610 | Interstate Electrical Services<br>Northwood Executive P<br>70 Treble Cove Rd.<br>N. Billerica, MA 01862-2208<br><7100-00 General Unsecured § 726(a)(2)> | 315.00 | 315.00 | 0.00 | 315.00 | 0.00 |
| 23 | 04/26/06 | 610 | Central Maine Power<br>83 Edison Drive<br>Attn: Bankruptcy Department<br>Augusta, ME 04336<br><7100-00 General Unsecured § 726(a)(2)> | 37,160.99 | 37,160.99 | 0.00 | 37,160.99 | 0.00 |
| 25 | 04/28/06 | 610 | Lines by Alan Green Inc.<br>5 Savannah Court<br>Bethesda, MD 20817-1430<br><7100-00 General Unsecured § 726(a)(2)> | 9,290.00 | 9,290.00 | 0.00 | 9,290.00 | 0.00 |
| 26U | 05/01/06 | 610 | CBK Styles LTD<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, MD 21094<br><7100-00 General Unsecured § 726(a)(2)> | 4,571.80 | 4,571.80 | 0.00 | 4,571.80 | 0.00 |
| 27 | 05/01/06 | 610 | Forget Me Not<br>3761 Heath St.<br>Homer, AK 99603<br><7100-00 General Unsecured § 726(a)(2)> | 93.00 | 93.00 | 0.00 | 93.00 | 0.00 |
| 28 | 05/01/06 | 610 | Niagara Mohawk/ National Grid<br>300 Erie Boulevard West<br>Bankruptcy Team C-3<br>Syracuse, NY 13202<br><7100-00 General Unsecured § 726(a)(2)> | 2,854.79 | 2,854.79 | 0.00 | 2,854.79 | 0.00 |
| 29 | 05/03/06 | 610 | Shannon Consultants, Inc.<br>10 N. Main Street, Su<br>Yardley, PA 19067-1422<br><7100-00 General Unsecured § 726(a)(2)> | 1,851.98 | 1,851.98 | 0.00 | 1,851.98 | 0.00 |
| 30 | 05/04/06 | 610 | Bonney Staffing Center<br>477 Congress Street, Suite 100A<br>Portland, ME 04101-3425<br><7100-00 General Unsecured § 726(a)(2)> | 15,588.97 | 15,588.97 | 0.00 | 15,588.97 | 0.00 |
| 31 | 05/04/06 | 610 | Reed Business Information<br>PO Box 7247-7026<br>Philadelphia, PA 1917<br><7100-00 General Unsecured § 726(a)(2)> | 11,208.75 | 11,208.75 | 0.00 | 11,208.75 | 0.00 |
| 32 | 05/05/06 | 610 | United Parcel Service<br>c/o Receivable Management Services<br>PO Box 4396<br>Timonium, MD 21093<br><7100-00 General Unsecured § 726(a)(2)> | 66,831.15 | 66,831.15 | 0.00 | 66,831.15 | 0.00 |

# Claims Distribution Register

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| 33 | 05/08/06 | 610 | Roadway Express, Inc.<br>c/o Receivable Management Services<br>PO Box 5126<br>Timonium, MD 21094<br><7100-00   General Unsecured § 726(a)(2)> | 15,331.89 | 15,331.89 | 0.00 | 15,331.89 | 0.00 |
| 34 | 05/08/06 | 610 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115<br><7100-00   General Unsecured § 726(a)(2)> | 18,527.67 | 18,527.67 | 0.00 | 18,527.67 | 0.00 |
| 35 -2 | 05/08/06 | 610 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115<br><7100-00   General Unsecured § 726(a)(2)> | 3,515.06 | 3,515.06 | 0.00 | 3,515.06 | 0.00 |
| 36 | 05/09/06 | 610 | OneBeacon Insurance<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126,Timonium, Maryland 21094<br>Telephone Number:, MD 77340-85<br><7100-00   General Unsecured § 726(a)(2)> | 1,632.48 | 1,632.48 | 0.00 | 1,632.48 | 0.00 |
| 37 | 05/11/06 | 610 | Aetna<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126,Timonium, Maryland 21094<br>Telephone Number:, MD 77340-85<br><7100-00   General Unsecured § 726(a)(2)> | 2,190.00 | 2,190.00 | 0.00 | 2,190.00 | 0.00 |
| 38 | 05/15/06 | 610 | A Duie Pyle<br>PO Box 564<br>West Chester, PA 19381-0564<br><7100-00   General Unsecured § 726(a)(2)> | 1,068.27 | 1,068.27 | 0.00 | 1,068.27 | 0.00 |
| 39 | 05/18/06 | 610 | Protection One<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 254.16 | 254.16 | 0.00 | 254.16 | 0.00 |
| 42 | 05/22/06 | 610 | Aloha International Co. LTD<br>Room A, 7F, XiLaiDeng Building,Yucai<br>Street, Chang An,DongGuang City, GuangDo<br>52384-3<br><7100-00   General Unsecured § 726(a)(2)> | 136,846.89 | 136,846.89 | 0.00 | 136,846.89 | 0.00 |
| 44 | 05/22/06 | 610 | XPEDX<br>613 Main Street<br>Wilmington, MA 01887<br><7100-00   General Unsecured § 726(a)(2)> | 2,083.87 | 2,083.87 | 0.00 | 2,083.87 | 0.00 |
| 45U | 05/25/06 | 610 | Commonwealth of Massachusetts<br>Department of Revenue<br>PO Box 9564<br>Boston, MA 02114-9564<br><7100-00   General Unsecured § 726(a)(2)> | 322.50 | 322.50 | 0.00 | 322.50 | 0.00 |

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 46 | 05/30/06 | 610 | Hartford Life and Accident Insurance Company<br>The Hartford<br>Hartford Plaza<br>Hartford, CT 06115<br><7100-00 General Unsecured § 726(a)(2)> | 1,516.10 | 1,516.10 | 0.00 | 1,516.10 | 0.00 |
| 48 | 05/30/06 | 610 | Caffco International Ltd.<br>Rm 1201-5 12/F Tower B,Hunghom<br>Commercial Centre,37-39 Ma Tau Wai Road,<br>Kowloon, ME<br><7100-00 General Unsecured § 726(a)(2)> | 25,162.80 | 25,162.80 | 0.00 | 25,162.80 | 0.00 |
| 50 | 06/05/06 | 610 | Mountain View Outlets<br>c/o O'Connell and Aronwitz,54 State<br>Street,Attn: Fred B. Wander, Esq.<br>Albany, NY 12207<br><7100-00 General Unsecured § 726(a)(2)> | 18,349.97 | 18,349.97 | 0.00 | 18,349.97 | 0.00 |
| 51 | 06/05/06 | 610 | Bay State Gas Co.<br>A Niscource Co.<br>2025 Roosevelt Avenue<br>Springfield, MA 01102<br><7100-00 General Unsecured § 726(a)(2)> | 460.75 | 460.75 | 0.00 | 460.75 | 0.00 |
| 52 | 06/07/06 | 610 | Global Amici<br>c/o Susan J. Szwed, Esq.<br>PO Box 9715 - PMB 815<br>Portland, ME 04101<br><7100-00 General Unsecured § 726(a)(2)> | 2,772.56 | 2,772.56 | 0.00 | 2,772.56 | 0.00 |
| 53 | 06/06/06 | 610 | Bangor Payroll<br>William B. Swales, SVP<br>P.O. Box 930<br>Bangor, ME 04402-0930<br><7100-00 General Unsecured § 726(a)(2)> | 27,753.95 | 27,753.95 | 0.00 | 27,753.95 | 0.00 |
| 54U | 06/19/06 | 610 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><7100-00 General Unsecured § 726(a)(2)> | 56.60 | 56.60 | 0.00 | 56.60 | 0.00 |
| 55 | 06/26/06 | 610 | Spinglass Management Group, LLC<br>PO Box 7211<br>Portland, ME 04112<br><7100-00 General Unsecured § 726(a)(2)> | 8,058.00 | 8,058.00 | 0.00 | 8,058.00 | 0.00 |
| 56 | 06/27/06 | 610 | Waste Management RMC<br>2421 W. Peoria Avenue<br>Phoenix, AZ 85029<br><7100-00 General Unsecured § 726(a)(2)> | 229.47 | 229.47 | 0.00 | 229.47 | 0.00 |
| 57 | 06/29/06 | 610 | FedEx Customer Information Services<br>Attn: Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue, 2nd Floor<br>Memphis, TN 38132<br><7100-00 General Unsecured § 726(a)(2)> | 68,543.98 | 68,543.98 | 0.00 | 68,543.98 | 0.00 |

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 58 | 06/29/06 | 610 | Verizon Bankruptcy Department PO Box 25087 Wilmington, DE 19802 <7100-00 General Unsecured § 726(a)(2)> | 775.25 | 775.25 | 0.00 | 775.25 | 0.00 |
| 59 | 06/29/06 | 610 | VillageSoup PO Box B Camden, ME 04843 <7100-00 General Unsecured § 726(a)(2)> | 140.04 | 140.04 | 0.00 | 140.04 | 0.00 |
| 60 | 07/14/06 | 610 | Leighton's Express Inc. c/o Radford Trans 675 Canton Street Norwood, MA 02062 <7100-00 General Unsecured § 726(a)(2)> | 8,210.39 | 8,210.39 | 0.00 | 8,210.39 | 0.00 |
| 61 | 07/17/06 | 610 | Edict Systems 2680 Indian Ripple Rd Dayton, OH 45440-3605 <7100-00 General Unsecured § 726(a)(2)> | 53.50 | 53.50 | 0.00 | 53.50 | 0.00 |
| 62 | 07/25/06 | 610 | Albatrans Inc. - USA Corporate 149-10 183rd Street Jamaica, NY 11413-4035 <7100-00 General Unsecured § 726(a)(2)> | 395,051.14 | 395,051.14 | 0.00 | 395,051.14 | 0.00 |
| 64 | 07/26/06 | 610 | International Home Furnishings Center c/o Andrew S. Lasine, Attorney P.O. Box 2608 High Point, NC 27261 <7100-00 General Unsecured § 726(a)(2)> | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 65 | 07/27/06 | 610 | Daniel McSweeney 35 Farewell Street Newport, RI 02840-2563 <7100-00 General Unsecured § 726(a)(2)> | 27,900.00 | 27,900.00 | 0.00 | 27,900.00 | 0.00 |
| 66 | 07/28/06 | 610 | AmericasMart Real Estate, LLC c/o Wiles & Wiles,800 Kennesaw Avenue, Suite 400,Attn: Victor W. Newmark, Esq. Marietta, GA 30060 <7100-00 General Unsecured § 726(a)(2)> | 12,602.33 | 12,602.33 | 0.00 | 12,602.33 | 0.00 |
| 67 | 07/28/06 | 610 | National MS Society, Maine Chapter Attn: Robin Doughty 170 US Route One,Suite 200 Falmouth, ME 04105 <7100-00 General Unsecured § 726(a)(2)> | 110.00 | 110.00 | 0.00 | 110.00 | 0.00 |
| 69 | 07/28/06 | 610 | Settlers' R1, Inc. c/o OVP Management, Inc. 13 Settlers Green Drive North Conway, NH 03860 <7100-00 General Unsecured § 726(a)(2)> | 1,002.27 | 1,002.27 | 0.00 | 1,002.27 | 0.00 |

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 70 | 07/31/06 | 610 | BellSouth Telecommunications, Inc. BellSouth Regional Bankruptcy Center 301 W. Bay Street, Room 29EF1 Jacksonville, FL 32202 <7100-00 General Unsecured § 726(a)(2)> | 24.73 | 24.73 | 0.00 | 24.73 | 0.00 |
| 71 | 07/31/06 | 610 | Dawn Zero Erickson 486 Spring Creek Rd. Red Wing, MN 55066-1604 <7100-00 General Unsecured § 726(a)(2)> | 15,600.00 | 15,600.00 | 0.00 | 15,600.00 | 0.00 |
| 73 | 08/01/06 | 610 | BCLF Ventures II, LLC c/o Richard Hiersteiner,Edwards, Angell, Palmer & Dodge LLP,111 Huntingto Boston, MA 02199 <7100-00 General Unsecured § 726(a)(2)> | 1,299,253.43 | 1,299,253.43 | 0.00 | 1,299,253.43 | 0.00 |
| 74 | 08/02/06 | 610 | Dallas Market Center 2100 Stemmons Frwy Dallas, TX 75207 <7100-00 General Unsecured § 726(a)(2)> | 1,077.80 | 1,077.80 | 0.00 | 1,077.80 | 0.00 |
| 75 | 08/02/06 | 610 | Roger Downs and Rochelle Downs c/o John R. Lemieux, Esq. Desmond & Rand, PA,55 Stroudwater Street Westbrook, ME 04092 <7100-00 General Unsecured § 726(a)(2)> | 16,609.87 | 16,609.87 | 0.00 | 16,609.87 | 0.00 |
| 76 | 08/02/06 | 610 | Mark E. Woodsum & Claire H. Woodsum c/o Mark E. Woodsum 33 Hutcherson Drive Gorham, ME 04038 <7100-00 General Unsecured § 726(a)(2)> | 4,856,361.29 | 4,856,361.29 | 0.00 | 4,856,361.29 | 0.00 |
| 77 | 08/02/06 | 610 | Claire H. Woodsum 20 Highland St. Portland, ME 04103 <7100-00 General Unsecured § 726(a)(2)> | 4,856,361.29 | 4,856,361.29 | 0.00 | 4,856,361.29 | 0.00 |
| 78 | 08/02/06 | 610 | FORESIDE HOLDING COMPANY 33 HUTCHERSON DRIVE GORHAM, ME 04038 <7100-00 General Unsecured § 726(a)(2)> | 6,090,439.22 | 6,090,439.22 | 0.00 | 6,090,439.22 | 0.00 |
| 79 | 08/02/06 | 610 | FORESIDE MANAGEMENT COMPANY, LLC 33 HUTCHERSON DRIVE GORHAM, ME 04038 <7100-00 General Unsecured § 726(a)(2)> | 5,426,107.02 | 5,426,107.02 | 0.00 | 5,426,107.02 | 0.00 |
| 80 | 08/16/06 | 610 | Settlers' R1, Inc. c/o OVP Management, Inc. 13 Settlers Green Drive North Conway, NH 03860 <7100-00 General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Distribution Register

## Case: 06-20118    THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 83U | 10/02/06 | 610 | CBK Styles LTD<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, MD 21094<br><7100-00   General Unsecured § 726(a)(2)> | 4,521.16 | 4,521.16 | 0.00 | 4,521.16 | 0.00 |
| 84 -2 | 11/08/06 | 610 | The CIT Group Commercial Services Inc.<br>11 West 42nd Street<br>New York, NY 10036<br><7100-00   General Unsecured § 726(a)(2)> | 10,484.15 | 10,484.15 | 0.00 | 10,484.15 | 0.00 |
| 85 | 12/06/06 | 610 | Bonney Staffing Center<br>477 Congress Street, Suite 100A<br>Portland, ME 04101-3425<br><7100-00   General Unsecured § 726(a)(2)> | 17,531.82 | 17,531.82 | 0.00 | 17,531.82 | 0.00 |
| 86 | 12/07/06 | 610 | Bay State Gas Co.<br>A Niscource Co.<br>2025 Roosevelt Avenue<br>Springfield, MA 01102<br><7100-00   General Unsecured § 726(a)(2)> | 460.75 | 460.75 | 0.00 | 460.75 | 0.00 |
| 88 | 12/08/06 | 610 | Anita Haffey, Trustee of the Anita Haffey<br>Revocable Trust,c/o Lauren Darcy,<br>Esq.,Burns & Levinson, LLP,125 Summer St<br>Boston, MA 02110<br><7100-00   General Unsecured § 726(a)(2)> | 103,768.30 | 103,768.30 | 0.00 | 103,768.30 | 0.00 |
| 91 | 12/11/06 | 610 | Volunteer Express<br>PO Box 100886<br>Nashville, TN 37224<br><7100-00   General Unsecured § 726(a)(2)> | 551.57 | 551.57 | 0.00 | 551.57 | 0.00 |
| 92 | 12/11/06 | 610 | American Work Force<br>327 W. Broadway<br>Glendale, CA 91204<br><7100-00   General Unsecured § 726(a)(2)> | 476.40 | 476.40 | 0.00 | 476.40 | 0.00 |
| 93 | 12/11/06 | 610 | Monique Connolly<br>19 Traip Ave.<br>Kittery, ME 03904<br><7100-00   General Unsecured § 726(a)(2)> | 82.50 | 82.50 | 0.00 | 82.50 | 0.00 |
| 95U-3 | 12/14/06 | 610 | R.I. Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br><7100-00   General Unsecured § 726(a)(2)> | 56.60 | 56.60 | 0.00 | 56.60 | 0.00 |
| 97 | 12/14/06 | 610 | Eastern Propane & Oil<br>28 Industrial Way<br>Rochester, NH 03867<br><7100-00   General Unsecured § 726(a)(2)> | 1,553.44 | 1,553.44 | 0.00 | 1,553.44 | 0.00 |

# Claims Distribution Register

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 98 | 12/18/06 | 610 | Kenneth W. Tuttle<br>243 Bridge Street<br>Westbrook, ME 04092<br><7100-00  General Unsecured § 726(a)(2)> | 265.44 | 265.44 | 0.00 | 265.44 | 0.00 |
| 99 | 12/19/06 | 610 | Kenco Label & Tag Co., LLC<br>6585 N. Sidney Place<br>Milwaukee, WI 53209<br><7100-00  General Unsecured § 726(a)(2)> | 435.68 | 435.68 | 0.00 | 435.68 | 0.00 |
| 100 | 12/19/06 | 610 | Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085<br><7100-00  General Unsecured § 726(a)(2)> | 362.28 | 362.28 | 0.00 | 362.28 | 0.00 |
| 101 | 12/20/06 | 610 | Chirmi Overseas<br>F-808, Rd. No. 14,<br>VKI Area, Jaipur -302013<br><7100-00  General Unsecured § 726(a)(2)> | 11,598.00 | 11,598.00 | 0.00 | 11,598.00 | 0.00 |
| 102 | 12/20/06 | 610 | Rebekah Hodson<br>460 Lebanon St.<br>Sanford, ME 04073<br><7100-00  General Unsecured § 726(a)(2)> | 403.92 | 403.92 | 0.00 | 403.92 | 0.00 |
| 103 | 12/22/06 | 610 | Waste Management RMC<br>2421 W. Peoria Avenue<br>Phoenix, AZ 85029<br><7100-00  General Unsecured § 726(a)(2)> | 983.12 | 983.12 | 0.00 | 983.12 | 0.00 |
| 104 | 12/26/06 | 610 | New England Motor Freight, Inc.<br>1-71 North Avenue East<br>Elizabeth, NJ 07207<br><7100-00  General Unsecured § 726(a)(2)> | 650.41 | 650.41 | 0.00 | 650.41 | 0.00 |
| 105 | 01/03/07 | 610 | Dilip Ceramics Pvt. Ltd.<br>Village Chirota, Post Ajaypura<br>Via Bagrue, District Jaipur<br>Rajasthan, IN<br><7100-00  General Unsecured § 726(a)(2)> | 32,013.08 | 32,013.08 | 0.00 | 32,013.08 | 0.00 |
| 106 | 01/04/07 | 610 | Mihira Inc.<br>B34, Sector 7<br>Noida 201301<br><7100-00  General Unsecured § 726(a)(2)> | 7,818.40 | 7,818.40 | 0.00 | 7,818.40 | 0.00 |
| 107 | 01/19/07 | 610 | Debora Storch<br>135 State Rte. 129<br>Walpole, ME 04573<br><7100-00  General Unsecured § 726(a)(2)> | 403.00 | 403.00 | 0.00 | 403.00 | 0.00 |
| 108 | 01/19/07 | 610 | Office Max<br>263 Shuman Blvd.<br>Naperville, IL 60184<br><7100-00  General Unsecured § 726(a)(2)> | 4,191.80 | 4,191.80 | 0.00 | 4,191.80 | 0.00 |

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 109 | 01/29/07 | 610 | Design Ideas<br>PO Box 2967<br>Springfield, IL 62708<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,855.40 | 2,855.40 | 0.00 | 2,855.40 | 0.00 |
| 111 | 02/12/07 | 610 | Big Brown Books Inc.<br>801 Islington Street<br>Portsmouth, NH 03801<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,005.00 | 1,005.00 | 0.00 | 1,005.00 | 0.00 |
| 112 | 02/26/07 | 610 | National Grid<br>P.O. Box 960<br>Northborough, MA 01532-0960<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 996.84 | 996.84 | 0.00 | 996.84 | 0.00 |
| 113 | 02/26/07 | 610 | Hasler Inc.<br>fna Ascom-Hasler Mailing Systems, Inc.<br>ARMSCO, INC.,PO Box 1345<br>Englewood, FL 34295<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 187.50 | 187.50 | 0.00 | 187.50 | 0.00 |
| 114 | 02/27/07 | 610 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 10,440.48 | 10,440.48 | 0.00 | 10,440.48 | 0.00 |
| 115 | 02/27/07 | 610 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 12,235.17 | 12,235.17 | 0.00 | 12,235.17 | 0.00 |
| 116 | 03/07/07 | 610 | Roger Downs and Rochelle Downs<br>c/o John R. Lemieux, Esq.<br>Desmond & Rand, PA,55 Stroudwater Street<br>Westbrook, ME 04092<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 16,609.87 | 16,609.87 | 0.00 | 16,609.87 | 0.00 |
| 117 | 03/07/07 | 610 | Roger Downs and Rochelle Downs<br>c/o John R. Lemieux, Esq.<br>Desmond & Rand, PA,55 Stroudwater Street<br>Westbrook, ME 04092<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 16,609.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| 118 | 03/12/07 | 610 | The CIT Group/Commercial Services, Inc.<br>11 West 42nd Street<br>New York, NY 10036<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,177.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 120 | 02/06/08 | 610 | State of California<br>Franchise Tax Board<br>Special Procedures Section,P.O. Box 2952<br>Sacramento, CA 95812-2952<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,866.76 | 1,866.76 | 0.00 | 1,866.76 | 0.00 |

## Case: 06-20118   THE FORESIDE COMPANY, LLC

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 121 | 03/11/08 | 610 | Department of the Treasury Internal Revenue Service 68 Sewall Street, 40 West Augusta, ME 04330-6350 <7100-00 General Unsecured § 726(a)(2)> | 2,652.04 | 2,652.04 | 0.00 | 2,652.04 | 0.00 |
| | | | **Total for Priority 610:  0% Paid** | **$23,890,740.43** | **$23,872,953.54** | **$0.00** | **$23,872,953.54** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$23,890,740.43** | **$23,872,953.54** | **$0.00** | **$23,872,953.54** | **$0.00** |
| | | | **Total for Case :** | **$32,374,792.73** | **$24,078,317.69** | **$2,500.00** | **$24,075,817.69** | **$11,977.32** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-20118
Case Name: THE FORESIDE COMPANY, LLC
Trustee Name: JOHN TURNER

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Volk Packaging Corp. | $ 0.00 |
| Chittenden Bank | $ 0.00 |
| Dallas County | $ 0.00 |
| Coastal Enterprises, Inc. | $ 0.00 |
| Bangor Payroll | $ 0.00 |
| CPG Partners, LP | $ 0.00 |
| BCLF Ventures II, LLC | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOHN TURNER | $ 956.13 | $ |
| *Attorney for trustee* | Verrill & Dana | $ 8,273.48 | $ 50.27 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ 2,447.44 | $ |
| *Other* | | $ | $ |

**UST Form 101-7-TFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $167,998.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Carol Lorenzen | $ 1,108.21 | $ 0.00 |
| 11P | R.I. Division of Taxation | $ 5.66 | $ 0.00 |
| 20 | Sarah Minor Design | $ 10,000.00 | $ 0.00 |
| 24 | Cintas Corporation #758 | $ 681.57 | $ 0.00 |
| 26P | CBK Styles LTD | $ 4,101.60 | $ 0.00 |
| 43 | R.I. Division of Taxation | $ 1,000.00 | $ 0.00 |
| 45P | Commonwealth of Massachusetts | $ 10,212.97 | $ 0.00 |
| 47 | Hartford Life & Accident Insurance Company | $ 52.28 | $ 0.00 |
| 53 | Bangor Payroll | $ 27,753.95 | $ 0.00 |
| 54P | R.I. Division of Taxation | $ 1,112.90 | $ 0.00 |
| 68 | Unum Life Insurance Company of America | $ 682.40 | $ 0.00 |
| 81 | Franchise Tax Board | $ 4,421.14 | $ 0.00 |
| 82 | Town of Gorham | $ 98,193.10 | $ 0.00 |
| 83P | CBK Styles LTD | $ 4,076.60 | $ 0.00 |
| 87 | Mark L. Garland | $ 85.00 | $ 0.00 |
| 89 | Stacey L. Perry | $ 415.26 | $ 0.00 |
| 90 | Marchian C. Crane, III | $ 311.58 | $ 0.00 |
| 94 | R.I. Division of Taxation | $ 90.69 | $ 0.00 |
| 95P-3 | R.I. Division of Taxation | $ 2,473.29 | $ 0.00 |

| | | | |
|---|---|---|---|
| 96 | R.I. Division of Taxation | $ 500.00 | $ 0.00 |
| 110 | CT Corporation | $ 720.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,872,953.54 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Berry Dunn McNeil & Parker | $ 53,197.20 | $ 0.00 |
| 2 | J.S. McCarthy Printers | $ 29,787.04 | $ 0.00 |
| 3 | Maine Networks | $ 2,965.00 | $ 0.00 |
| 4 | Retail Service Company | $ 510.22 | $ 0.00 |
| 5 | Allen & Coles Moving Systems | $ 1,280.00 | $ 0.00 |
| 7 | Uline | $ 362.28 | $ 0.00 |
| 8 | Downeast Energy & Building Supply | $ 149.63 | $ 0.00 |
| 9 | Land Air Express of New England | $ 3,549.67 | $ 0.00 |
| 10 | Accu Temp Services | $ 898.55 | $ 0.00 |
| 11U | R.I. Division of Taxation | $ 56.60 | $ 0.00 |
| 12 | Eastern Propane & Oil | $ 1,553.44 | $ 0.00 |
| 13 | Global Amici | $ 2,500.00 | $ 0.00 |
| 14 | New England Motor Freight, Inc. | $ 6,790.59 | $ 0.00 |
| 15 | Storopack | $ 16,448.00 | $ 0.00 |
| 16 | Thayer Corporation | $ 809.79 | $ 0.00 |
| 17 | Big Brown Books | $ 1,005.00 | $ 0.00 |
| 18 | New Hampshire Electric Co-Op | $ 349.29 | $ 0.00 |
| 19 | Conversant Communications LLC | $ 7,722.39 | $ 0.00 |
| 21U | Volk Packaging Corp. | $ 435.00 | $ 0.00 |
| 22 | Interstate Electrical Services | $ 315.00 | $ 0.00 |

| | | | |
|---|---|---|---|
| 23 | Central Maine Power | $ 37,160.99 | $ 0.00 |
| 25 | Lines by Alan Green Inc | $ 9,290.00 | $ 0.00 |
| 26U | CBK Styles LTD | $ 4,571.80 | $ 0.00 |
| 27 | Forget Me Not | $ 93.00 | $ 0.00 |
| 28 | Niagara Mohawk/ National Grid | $ 2,854.79 | $ 0.00 |
| 29 | Shannon Consultants, Inc. | $ 1,851.98 | $ 0.00 |
| 30 | Bonney Staffing Center | $ 15,588.97 | $ 0.00 |
| 31 | Reed Business Information | $ 11,208.75 | $ 0.00 |
| 32 | United Parcel Service | $ 66,831.15 | $ 0.00 |
| 33 | Roadway Express, Inc. | $ 15,331.89 | $ 0.00 |
| 34 | Hartford Fire Insurance Company | $ 18,527.67 | $ 0.00 |
| 35 -2 | Hartford Fire Insurance Company | $ 3,515.06 | $ 0.00 |
| 36 | OneBeacon Insurance | $ 1,632.48 | $ 0.00 |
| 37 | Aetna | $ 2,190.00 | $ 0.00 |
| 38 | A Duie Pyle | $ 1,068.27 | $ 0.00 |
| 39 | Protection One | $ 254.16 | $ 0.00 |
| 42 | Aloha International Co. LTD | $ 136,846.89 | $ 0.00 |
| 44 | XPEDX | $ 2,083.87 | $ 0.00 |
| 45U | Commonwealth of Massachusetts | $ 322.50 | $ 0.00 |
| 46 | Hartford Life and Accident Insurance Company | $ 1,516.10 | $ 0.00 |
| 48 | Caffco International Ltd. | $ 25,162.80 | $ 0.00 |
| 50 | Mountain View Outlets | $ 18,349.97 | $ 0.00 |
| 51 | Bay State Gas Co. | $ 460.75 | $ 0.00 |
| 52 | Global Amici | $ 2,772.56 | $ 0.00 |
| 53 | Bangor Payroll | $ 27,753.95 | $ 0.00 |
| 54U | R.I. Division of Taxation | $ 56.60 | $ 0.00 |
| 55 | Spinglass Management Group, LLC | $ 8,058.00 | $ 0.00 |
| 56 | Waste Management RMC | $ 229.47 | $ 0.00 |
| 57 | FedEx Customer Information Services | $ 68,543.98 | $ 0.00 |
| 58 | Verizon | $ 775.25 | $ 0.00 |

| | | | |
|---|---|---|---|
| 59 | VillageSoup | $ 140.04 | $ 0.00 |
| 60 | Leighton's Express Inc. | $ 8,210.39 | $ 0.00 |
| 61 | Edict Systems | $ 53.50 | $ 0.00 |
| 62 | Albatrans Inc. - USA Corporate | $ 395,051.14 | $ 0.00 |
| 64 | International Home Furnishings Center | $ 3,000.00 | $ 0.00 |
| 65 | Daniel McSweeney | $ 27,900.00 | $ 0.00 |
| 66 | AmericasMart Real Estate, LLC | $ 12,602.33 | $ 0.00 |
| 67 | National MS Society, Maine Chapter | $ 110.00 | $ 0.00 |
| 69 | Settlers' R1, Inc. | $ 1,002.27 | $ 0.00 |
| 70 | BellSouth Telecommunications, Inc. | $ 24.73 | $ 0.00 |
| 71 | Dawn Zero Erickson | $ 15,600.00 | $ 0.00 |
| 73 | BCLF Ventures II, LLC | $ 1,299,253.43 | $ 0.00 |
| 74 | Dallas Market Center | $ 1,077.80 | $ 0.00 |
| 75 | Roger Downs and Rochelle Downs | $ 16,609.87 | $ 0.00 |
| 76 | Mark E. Woodsum & Claire H. Woodsum | $ 4,856,361.29 | $ 0.00 |
| 77 | Claire H. Woodsum | $ 4,856,361.29 | $ 0.00 |
| 78 | FORESIDE HOLDING COMPANY | $ 6,090,439.22 | $ 0.00 |
| 79 | FORESIDE MANAGEMENT COMPANY, LLC | $ 5,426,107.02 | $ 0.00 |
| 80 | Settlers' R1, Inc. | $ 0.00 | $ 0.00 |
| 83U | CBK Styles LTD | $ 4,521.16 | $ 0.00 |
| 84 -2 | The CIT Group Commercial Services Inc. | $ 10,484.15 | $ 0.00 |
| 85 | Bonney Staffing Center | $ 17,531.82 | $ 0.00 |
| 86 | Bay State Gas Co. | $ 460.75 | $ 0.00 |
| 88 | Anita Haffey, Trustee of the Anita Haffey | $ 103,768.30 | $ 0.00 |
| 91 | Volunteer Express | $ 551.57 | $ 0.00 |
| 92 | American Work Force | $ 476.40 | $ 0.00 |
| 93 | Monique Connolly | $ 82.50 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 95U-3 | R.I. Division of Taxation | $ | 56.60 | $ | 0.00 |
| 97 | Eastern Propane & Oil | $ | 1,553.44 | $ | 0.00 |
| 98 | Kenneth W. Tuttle | $ | 265.44 | $ | 0.00 |
| 99 | Kenco Label & Tag Co., LLC | $ | 435.68 | $ | 0.00 |
| 100 | Uline | $ | 362.28 | $ | 0.00 |
| 101 | Chirmi Overseas | $ | 11,598.00 | $ | 0.00 |
| 102 | Rebekah Hodson | $ | 403.92 | $ | 0.00 |
| 103 | Waste Management RMC | $ | 983.12 | $ | 0.00 |
| 104 | New England Motor Freight, Inc. | $ | 650.41 | $ | 0.00 |
| 105 | Dilip Ceramics Pvt. Ltd. | $ | 32,013.08 | $ | 0.00 |
| 106 | Mihira Inc. | $ | 7,818.40 | $ | 0.00 |
| 107 | Debora Storch | $ | 403.00 | $ | 0.00 |
| 108 | Office Max | $ | 4,191.80 | $ | 0.00 |
| 109 | Design Ideas | $ | 2,855.40 | $ | 0.00 |
| 111 | Big Brown Books Inc. | $ | 1,005.00 | $ | 0.00 |
| 112 | National Grid | $ | 996.84 | $ | 0.00 |
| 113 | Hasler Inc. | $ | 187.50 | $ | 0.00 |
| 114 | Hartford Fire Insurance Company | $ | 10,440.48 | $ | 0.00 |
| 115 | Hartford Fire Insurance Company | $ | 12,235.17 | $ | 0.00 |
| 116 | Roger Downs and Rochelle Downs | $ | 16,609.87 | $ | 0.00 |
| 117 | Roger Downs and Rochelle Downs | $ | 0.00 | $ | 0.00 |
| 118 | The CIT Group/Commercial Services, Inc. | $ | 0.00 | $ | 0.00 |
| 120 | State of California | $ | 1,866.76 | $ | 0.00 |
| 121 | Department of the Treasury | $ | 2,652.04 | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.